

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 1, 2024**

_____
**United States Bankruptcy Judge**
_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE PILL CLUB PHARMACY HOLDINGS, LLC, *et al.*,[1] | ) ) | Case No. 23-41090 (ELM) |
| Debtors. | ) ) | (Jointly Administered) |

**ORDER GRANTING AMENDED FIRST AND FINAL FEE APPLICATION OF WINSTON & STRAWN LLP AS COUNSEL TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 18, 2023, THROUGH AUGUST 23, 2024**

CAME ON FOR CONSIDERATION, the *Amended First and Final Fee Application of Winston & Strawn LLP as Counsel to the Debtors for Allowance of Compensation for Services and Reimbursement of Expenses for the Period From April 18, 2023, Through August 23, 2024*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hey Favor, Inc. (3206), The Pill Club Pharmacy Holdings, LLC (0112), MedPro Pharmacy, LLC (1138), MobiMeds, Inc. (3165), FVR Medical Group, Inc. (6320), FVR Medical Group of New Jersey, PC (2934), FVR Medical Group of Kansas, PA (5449), and FVR Medical Group of Texas, PA (6479). The service address for the Debtors is: 411 Borel Avenue, San Mateo, CA 94402.

[Docket No. 680] (the "Application")[2] filed by Winston & Strawn LLP ("Winston"), counsel to the Debtors in the above-captioned jointly-administered chapter 11 bankruptcy cases.

By the Application, Winston requests entry of an order: (i) granting final approval, pursuant to 11 U.S.C. §§ 330 and 503(b) and Fed. R. Bankr. P. 2016(a) and 9013, of its professional fees and expenses in the total amount of $3,574,166.50 in fees and $21,394.27 in expenses, for a total sum of $3,595,563.77; (ii) authorizing payment for the approved amounts less any amounts already paid; and (iii) granting Winston such other and further relief as is just and appropriate under the circumstances.

The Court finds that: (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) the Application constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Application has been given, and no other or further notice is necessary. Having considered the relief requested in the Application,

IT IS HEREBY ORDERED THAT:

1.　　The Application is GRANTED to the extent set forth herein.

2.　　The fees requested by Winston in the Application are reasonable, are for actual, necessary services rendered by Winston to the Debtors, and comport with the standards set forth in 11 U.S.C. § 330(a), *In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir.), cert. denied,* 431 U.S. 904 (1977), and the applicable United States Trustee fee guidelines (the.

3.　　Winston is hereby allowed on a final basis fees and expenses for services rendered and costs incurred as counsel to Debtors in the $3,574,166.50 in fees and $21,394.27 in expenses, for a total sum of $3,595,563.77.

---

[2] See also Docket Nos. 678 and 681.

AmericasActive:20660692.2

4. The Liquidating Trustee is hereby directed to make, and Winston is hereby authorized to receive, payment of the forgoing amounts less the amounts already paid, resulting in a payment of $816,526.67 immediately upon entry of this ORDER.

#### END OF ORDER #####

AmericasActive:20660692.2